IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SAMANTHA PITTS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FIFTH THIRD BANK, NATIONAL )<br>ASSOCIATION, PRIMERITUS )<br>FINANCIAL SERVICES, INC., AND JHG )<br>MID-AMERICAN SERVICES, INC. DBA )<br>AMERICAN COLLATERAL RECOVERY )<br>OF KANSAS CITY, )<br><br>Defendants. | Case No. 2:21-cv-02513-EFM-GEB<br><br>**NOTICE OF SETTLEMENT** |

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: February 8, 2022

    Respectfully submitted,

    /s/ Anthony LaCroix
    Anthony LaCroix
    KS Bar No. 24279
    1600 Genessee, Ste. 956
    Kansas City MO 64102
    Telephone: (816) 399-4380
    Fax: (816) 399-4380
    Email: tony@lacroixlawkc.com
    *Lead Counsel for Plaintiff*

    *Co-counsel with Thompson Consumer Law Group*

    **Correspondence Address:**

    Thompson Consumer Law Group, PC

11445 E Via Linda, Ste 2 #492
Scottsdale, AZ 85259

## CERTIFICATE OF SERVICE

I certify that on February 8, 2022, I filed the foregoing document with the Court using CM/ECF.

/s/ Anthony LaCroix
Anthony LaCroix

2